**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

COACH, INC. and COACH SERVICES, INC.,

      Plaintiffs,

v.                                                         Case No. 10-14747

JUST ONE DOLLAR STORE PLUS, et al.,

      Defendants.
                                                 /

**ORDER MEMORIALIZING THE COURT'S RULING GRANTING IN PART
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND
SETTING BRIEFING SCHEDULE**

On March 4, 2011, the clerk of the court entered default against the four Defendants in this matter. On April 5, 2011, Plaintiffs filed a motion for default judgment. Defendants Just One Dollar Store Plus ("Just One") and Rox Enterprises, Inc. ("Rox") filed a motion to set aside the default on June 27, 2011, the day before the hearing scheduled on Plaintiffs' motion. The court held the hearing as planned on June 28, 2011, during which Plaintiffs presented evidence of damages. The court granted the motion on the record at approximately 11:30 a.m. as to the remaining two Defendants, Kammie, Inc. and Nasir Dawood, and directed Plaintiffs to submit a proposed judgment by 3:00 p.m. on June 30, 2011. The court deferred judgment as to Just One and Rox until after the resolution of the motion to set aside the default, because the outcome of the latter is likely to control the former. Finally, the court set a briefing schedule for Defendants' motion. Accordingly, and for the reasons stated more fully on the record,

IT IS ORDERED that Plaintiffs' motion for default judgment [Dkt. # 19] is GRANTED IN PART.  It is GRANTED as to Defendants Kammie, Inc. and Nasir Dawood.  The motion is taken under advisement with respect to the other two Defendants.  Plaintiffs' are DIRECTED to submit a proposed judgment to the court no later than **3:00 p.m. on June 30, 2011**.

IT IS FURTHER ORDERED that Plaintiffs are DIRECTED to file a response to Defendants Just One and Rox's motion to set aside clerk's entry of default [Dkt. # 23] by **July 11, 2011**.  Any reply must be filed by **July 18, 2011**.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  June 29, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2011, by electronic and/or ordinary mail.

s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522