IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

               Plaintiffs,           **Case No. 2:10-cv-14747-RHC-MKM**

        - against -               **Hon. Robert H. Cleland**

JUST 1 DOLLAR STORE PLUS, KAMMIE, INC.,  **Mag. Judge Mona K. Majzoub**
ROX ENTERPRISES, INC. and NASIR
DAWOOD,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER FOR DEFAULT JUDGMENT

This action having been commenced on November 30, 2010, through the filing of the Complaint by Plaintiffs Coach, Inc., and Coach Services, Inc. (collectively, "Plaintiffs"), and a copy of the Complaint and the appropriate Summonses having been personally served on Defendants Nasir Dawood, and Kammie, Inc., through Nasir Dawood, on December 7, 2010, and proof of service having been filed on January 4, 2011, and the Defendants having not answered the Complaint, and the time for answering the Complaint having expired, and the Clerk having entered default against the Defendants as of March 4, 2011, and evidence of Plaintiffs' damages having been received by the Court, it is

     ORDERED that JUDGMENT be entered in favor of Plaintiffs and against Defendants Nasir Dawood and Kammie, Inc., on all counts of the Complaint, and it is further

ORDERED that JUDGMENT be entered against Defendants Nasir Dawood and Kammie, Inc., for statutory damages in the amount of $1,000,000.00, attorneys' fees in the amount of $6,367.50, costs in the amount of $1,051.19, and investigative fees in the amount of $264.25, totaling **$1,007,682.94**, and it is further

ORDERED that interest pursuant to 28 U.S.C. § 1961 shall accrue form the date of the entry of this judgment, which is June 28, 2011.


Dated:   7/5/2011
         Detroit, Michigan


 s/Robert H. Cleland
HON. ROBERT H. CLELAND
United States District Judge
Eastern District of Michigan


Distribution:

Alejandro Valle     vallea@gshllp.com, eunice_spells@gshllp.com

Christopher G. Darrow     litigation@ybpc.com

Joseph A. Niskar     niskarlaw@gmail.com, Bproblemslvr@aol.com