UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.                                    Case No. 10-14747

JUST ONE DOLLAR STORE PLUS, et al.,

    Defendants.
                                                      /

**ORDER TERMINATING AS MOOT IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND SETTING DEADLINE FOR DEFENDANTS' ANSWER**

Plaintiffs filed a motion for default judgment on April 5, 2011.  On June 28, 2011, the court granted the motion as to Defendants Kammie, Inc. and Nasir Dawood, but took the motion under advisement with respect to Defendants Just One Dollar Store Plus ("Just One") and Rox Enterprises, Inc. ("Rox"), because those Defendants moved on June 27, 2011, to set aside the clerk's entry of default.  Plaintiffs, Just One, and Rox eventually stipulated to set aside the default, and the court so ordered on July 12, 2011.  The stipulated order moots the motion for default judgment as to these Defendants.  As the motion has been resolved as to all four Defendants, the court will terminate the motion.  In addition, the court will require Just One and Rox to file their answer within twenty-one days of this order.  Accordingly,

IT IS ORDERED that Plaintiffs' motion for default judgment [Dkt. # 19] is TERMINATED AS MOOT IN PART.  It is TERMINATED AS MOOT as to Defendants Just One Dollar Store Plus and Rox Enterprises, Inc.  Because the motion has been

resolved with respect to each and every Defendant, the clerk of the court shall terminate the motion on the docket.

IT IS FURTHER ORDERED that Defendants Just One Dollar Store Plus and Rox Enterprises, Inc. are DIRECTED to file their answer no later than **August 3, 2011**.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: July 13, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 13, 2011, by electronic and/or ordinary mail.

        s/Lisa G. Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522