**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

COACH, INC. and COACH SERVICES, INC.,

    Plaintiffs,

v.                                                      Case No. 10-14747

JUST ONE DOLLAR STORE PLUS, et al.,

    Defendants.
                                                        /

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

Before the court is Plaintiffs' motion to compel, filed on March 21, 2012. Defendants submitted a response to the motion, and the court conducted a telephonic motion hearing on March 23, 2012.  For the reasons stated on the record,

IT IS ORDERED that Plaintiffs' motion to compel [Dkt. # 46] is GRANTED. Defendants are DIRECTED to provide complete responses to Plaintiffs' discovery requests by **4:30 p.m. on March 29, 2012**.  To the extent Defendants are unable to obtain the requested information, they must clearly explain that efforts to procure it were unsuccessful or must otherwise object to its production.  Failure to exercise diligence in order to adequately respond to the discovery requests may result in sanctions including, without limitation, preclusion at trial of undisclosed evidence, prohibiting opposition to claims, or prohibiting presentation of defenses.  *See* Fed. R. Civ. P. 37(b)(2)(A).

IT IS FURTHER ORDERED that Plaintiffs are entitled to recover the attorneys fees and costs expended specifically in the preparation and presentation of this motion. Counsel are directed to attempt to concur in the computation of, and in the form of an

order granting, such fees and costs. If concurrence cannot be achieved, Plaintiffs' counsel shall submit for court review a proposed bill of fees and costs.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: March 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522