**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COACH, INC. and COACH SERVICES, INC.,

       Plaintiffs,

v.                                 Case No. 10-14747

JUST ONE DOLLAR STORE PLUS, et al.,

       Defendants.

_____/

**ORDER INVITING PLAINTIFFS TO FILE A MOTION FOR SANCTIONS**

Under the court's March 23, 2012 order granting Plaintiffs' motion to compel

discovery, Defendants were directed to provide Plaintiffs: (1) complete responses to

designated discovery requests; and (2) the attorney fees incurred in prosecuting the

motion to compel, later determined by stipulation to total $710.05.  On April 5, 2012,

Plaintiffs filed a notice reporting that, although Defendants had provided supplemental

discovery responses before the court's deadline of 4:30 p.m. on March 29, 2012, those

responses were unverified and still inadequate.  Defendants responded at the court's

direction on April 13, 2012, averring that, because they had identified their accountant

as having possession of the information requested by Plaintiffs, they had fulfilled their

discovery obligations.

Upon further review, the court finds that Defendants have not substantially

complied with the March 23, 2012 order.  The court explicitly required *Defendants* to

provide the requested information to Plaintiffs or, to the extent they were unable to

obtain it, to "clearly explain that efforts to procure it were unsuccessful."  (Order Grant.

Pl.'s Mot. Compel 1, Dkt. # 49.)  The court also warned Defendants that "[f]ailure to

exercise diligence in order to adequately respond to the discovery requests may result

in sanctions including, without limitation, preclusion at trial of undisclosed evidence,

prohibiting opposition to claims, or prohibiting presentation of defenses." (*Id.* (citing Fed.

R. Civ. P. 37(b)(2)(A).)

Moreover, on May 11, 2012, Plaintiffs filed a second notice indicating that

Defendants have yet to pay the $710.05 owed in attorneys fees, as the check remitted

to Plaintiffs on the extended deadline of April 11, 2012, was returned for insufficient

funds.  Plaintiffs further note that Defendants have failed to file either a preliminary or a

final witness list, noting this may be grounds for precluding Defendants from relying on

the testimony of any unidentified witnesses.  *See* Fed. R. Civ. P. 37(c)(1).  Accordingly,

IT IS ORDERED that, on or before **June 8, 2012**, Plaintiffs may file a motion for

sanctions under Federal Rule of Civil Procedure 37 based upon the events recounted in

this order.  In any such motion, Plaintiffs should specify the relief they request for

Defendants' failure to obey the court's March 23, 2012 discovery order and to produce a

witness list.  In accordance with Local Rule 7.1(e)(2), Defendants must respond to any

motion for sanctions within 14 days after service.

         s/Robert H. Cleland
         ROBERT H. CLELAND
         UNITED STATES DISTRICT JUDGE

Dated:  May 24, 2012

2:10-cv-14747-RHC-MKM   Doc # 58   Filed 05/24/12   Pg 3 of 3   Pg ID 466

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 24, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner<br>
Case Manager and Deputy Clerk<br>
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\10-14747.COACH.InviteMotionSanctions.wpd