UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC., et al.,

    Plaintiffs,

v.                                      Case No. 10-14747

JUST ONE DOLLAR STORE PLUS, et al.,

    Defendants.
                                          /

**ORDER CLOSING THE CASE AND GRANTING THE MOTION TO WITHDRAW**

On June 12, 2012, after the parties settled, the action was dismissed without prejudice and the case was closed, the court retaining jurisdiction to enforce the settlement. In a November 19, 2012, order the court re-opened the case and set a December 13 hearing to consider a motion from Plaintiffs asserting that Defendants breached the settlement. At the hearing, however, the parties announced a new settlement, counsel for Defendants asked to substitute new counsel into the action, and the court directed new counsel to file an appearance (which new counsel has now done (*see* Dkts. # 65–67)). Accordingly,

IT IS ORDERED that Plaintiff's motion to re-open the case [Dkt. # 62] is TERMINATED and that the case is, again, CLOSED. The court retains jurisdiction under the terms stated in the June 12, 2012, order.

IT IS FURTHER ORDERED that Joseph A. Niskar's motion to withdraw [Dkt. # 64] is GRANTED and that Frank D. Eaman is SUBSTITUTED for Joseph A. Niskar as attorney for Defendants.

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 31, 2012, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522